IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 AUG 22   PM 1:49

DEPUTY CLERK_____

CHRISTOPHER PAUL CITIZEN, §
§
    Petitioner, §
§
v. §     2:16-CV-0168
§
LORIE DAVIS, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
    Respondent. §

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner has filed an application for a writ of habeas corpus challenging a state prison

disciplinary decision.  On August 3, 2016, the United States Magistrate Judge issued an Report and

Recommendation in this cause, recommending therein that the habeas application be dismissed because

petitioner did not lose previously accrued good time credits.  No objections to the Report and

Recommendation have been filed as of this date.

The undersigned United States District Judge has made an independent examination of the

record in this case.  The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

Accordingly, the application for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _____22nd_____ day of _____August_____ 2016.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE